UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>HARRY SANDERS,<br><br>    Defendant. | Civil Action No. 08-683 (CKK) |

**RULE 4(m) ORDER**
(August 7, 2008)

The Complaint in this case was filed on April 21, 2008, but there is no record that a copy of the Complaint has been served on the Defendant Harry Sanders. Plaintiff's attention is directed to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

In order to avoid the finality of a mandatory dismissal, it is hereby

**ORDERED** that by August 22, 2008, Plaintiff must either cause process to be served <u>and</u> proof of service to be filed with the Court, or file a status report with the Court that indicates why service has not been made.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge