IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICTS OF COLUMBIA, MARYLAND, AND NEW JERSEY

WAIVER OF SERVICE OF SUMMONS

To:   Duston K. Barton
      Trial Attorney, Tax Division
      U.S. Department of Justice

    I have received your request to waive service of a summons in the following actions:

| | |
|---|---|
| United States v. Harry Sanders | Case No. 8:08-cv-00987-PJM (USDC Md.) |
| United States v. Harry Sanders | Case No. 1:08-cv-00683-CKK (USDC D.C.) |
| United States v. Harry Sanders | Case No. 1:08-cv-01903-JEI (USDC N.J.) |

I have also received a copy of the complaint in each action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of additional efforts to serve these summonses and an additional copy of the complaint by not requiring that I be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

    I will retain all defenses or objections to these lawsuits or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I also understand that I must file and serve an answer or a motion under Rule 12 for each of the above cases within 60 days from July 15, 2008, the date this request was sent. If I fail to do so, a default judgment may be entered against me.

_8/24/08_                       _[signature]_
Date                             Signature: Harry Sanders

3429528.1